UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Leonare Taylor,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.
_____/

Case No. 10-12519

Honorable Nancy G. Edmunds

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [14]

This matter has come before the Court on the Magistrate Judge's May 17, 2011 Report and Recommendation. (Dkt. 14.) The Court is fully advised in the premises and has reviewed the record and the pleadings. The parties have not field objections. The Court therefore ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation. Plaintiff's motion for summary judgment is DENIED and Defendant's motion for summary judgment is GRANTED.

    SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: July 11, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 11, 2011, by electronic and/or ordinary mail.

                                      s/Carol A. Hemeyer
                                      Case Manager